**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

VERIZON PENNSYLVANIA INC.,      : No. 182 EAL 2014
:
          Petitioner         :
: Petition for Allowance of Appeal from the
                          : Order of the Commonwealth Court
         v.            :
:
:
:
WORKERS' COMPENSATION APPEAL   :
BOARD (KETTERER),             :
:
          Respondent     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.